# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YOSSEL MANUEL ZUNIGA-FLORES, *Petitioner* | § § § § | |
| v. | § § | Case No.  SA-26-CV-04567-XR |
| TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES; MARKWAYNE MULLIN, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, CHARLOTTE COLLINS, WARDEN, T. DON HUTTO DETENTION CENTER; AND MIGUEL EDUARDO VERGARA-LOPEZ, HARLINGEN FIELD OFFICE DIRECTOR; *Respondents* | § § § | |

## TRANSFER ORDER

Petitioner brought this habeas petition to challenge the legality of his immigration detention at the T. Don Hutto Detention Center in Taylor, Texas. ECF No. 1. Taylor is in Williamson County, which is in the Austin Division. Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody." W.D. Tex. Local Rule CV-3(b).

It is therefore **ORDERED** that the Clerk of the Court shall **TRANSFER** this case to the Austin Division.

It is so **ORDERED**.

**SIGNED** this July 29, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1